■ WILLIAM M. MURRAY, Appellant, v STATE OF NEW YORK et al., Respondents. [946 NYS2d 518]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered May 17, 2011 in a personal injury action. The order denied the motion of claimant for leave to file and serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ PATRICK PROPERTIES, LLC, as a Member of 2900 Transit Road, LLC, Suing in the Right of 2900 Transit Road, LLC, Appellant, v KEVIN T. STOCKER, Defendant, and WAYNE FELLE, Respondent. [946 NYS2d 518]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 21, 2011. The order denied the motion of plaintiff for leave to renew.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.